# United States District Court
## Northern District of Illinois
### Eastern Division

Fletcher                                            **JUDGMENT IN A CIVIL CASE**

          v.                                           Case Number: 06 C 842

Chicago Rail Link

- ■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff William Fletcher and against defendant Chicago Rail Link LLC on plaintiff's claim, in the amount of $715,852.42, and in favor of third party defendant Automasters Tire and Service Center on the third party claim of defendant Chicago Rail Link LLC.

                                                                            Michael W. Dobbins, Clerk of Court

Date: 8/17/2007                                          _____
                                                                      /s/ Olga Rouse, Deputy Clerk